ACCEPTED
15-24-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/16/2025 12:07 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/16/2025 12:07:48 PM
CHRISTOPHER A. PRINE
Clerk



**THOMPSON COE**

Thompson, Coe, Cousins & Irons LLP
Attorneys and Counselors

www.thompsoncoe.com

Wade Crosnoe
Board Certified - Civil Appellate Law - Texas Board of
Legal Specialization
Direct Dial: 512-703-5078
wcrosnoe@thompsoncoe.com

October 16, 2025

Christopher A. Prine, Clerk                                     **Via Electronic Filing**
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

Re:     *ASI Lloyds Insurance Co. v. Texas Windstorm Insurance Association, et al.*, No. 15-24-00083-CV

Dear Mr. Prine:

As counsel for Appellant ASI Lloyds Insurance Company, I am writing to confirm the procedure by which the parties have responded to your October 15, 2025 letter. In that letter, you advised that the Court was unable to view the contents of the administrative record because of the xml file format in which the record was provided to the Court.

As discussed with Michael Cruz in your office this morning, I have just emailed you and Mr. Cruz a FTP link and instructions that should allow the Court to access the PDF of the administrative record and recordings of the administrative hearing on the merits and pre-hearing conference. I have conferred with counsel for the other parties and they agree with this procedure.

If you have any difficulty accessing the FTP link and viewing the contents, please call me at (512) 703-5078. Thank you.

Very truly yours,

*Wade Crosnoe*

Wade Crosnoe

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, a true and correct copy of this letter was served by electronic case filing through the electric filing manager or e-mail to the following counsel of record:

Cory A. Scanlon
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
E-mail: Cory.Scanlon@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown, Commissioner of Texas Department of Insurance*

Terri M. Abernathy
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
E-mail:
terri.abernathy@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown, Commissioner of Texas Department of Insurance*

Rosalind Hunt
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
E-mail: Rosalind.hunt@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown, Commissioner of Texas Department of Insurance*

Michael S. Wilson
E-mail: mwilson@perkinslawtx.com
Adrienne Barclay
E-mail: aredinger@perkinslawtx.com
Perkins Law Group, PLLC
One Far West Plaza, Suite 200
3410 Far West Blvd.
Austin, Texas 78731
*Attorneys for Appellee Texas Windstorm Insurance Association*

*/s/ Wade C. Crosnoe*
Wade C. Crosnoe

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Trisha Koula on behalf of Wade Crosnoe
Bar No. 00783903
tkoula@thompsoncoe.com
Envelope ID: 106927050
Filing Code Description: Letter
Filing Description: Letter regarding the administrative record
Status as of 10/16/2025 12:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wade Crosnoe | 783903 | wcrosnoe@thompsoncoe.com | 10/16/2025 12:07:48 PM | SENT |
| Adrienne Barclay | 24065955 | aredinger@perkinslawtx.com | 10/16/2025 12:07:48 PM | SENT |
| Rosalind Hunt | 24067108 | Rosalind.Hunt@oag.texas.gov | 10/16/2025 12:07:48 PM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 10/16/2025 12:07:48 PM | SENT |
| Adrienne Barclay | | abarclay@perkinslawtx.com | 10/16/2025 12:07:48 PM | SENT |
| Michael Wilson | | mwilson@perkinslawtx.com | 10/16/2025 12:07:48 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 10/16/2025 12:07:48 PM | SENT |
| Jay A.Thompson | | jthompson@mwlaw.com | 10/16/2025 12:07:48 PM | SENT |
| Terri M.Abernathy | | terri.abernathy@oag.texas.gov | 10/16/2025 12:07:48 PM | SENT |
| Shawn Pettyjohn | | spettyjohn@perkinslawtx.com | 10/16/2025 12:07:48 PM | SENT |

Associated Case Party: ASI Lloyds Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Trisha Koula | | tkoula@thompsoncoe.com | 10/16/2025 12:07:48 PM | SENT |